**Opinion issued November 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00812-CV

———————————

## IN RE CHARLES L. SMITH, Relator

---

### Original Proceeding on Petition for Writ of Mandamus & Petition for Writ of Injunction

---

## MEMORANDUM OPINION

Relator, Charles L. Smith, has filed a petition seeking both mandamus and injunctive relief.[1] Smith seeks to compel the City of Houston Police Department to comply with his information request.

---

[1]    Smith has not included his request for information, but he likely seeks records relating to his criminal conviction in *State of Texas v. Charles Leon Smith*, cause number 1275390, in the 263rd District Court of Harris County, Texas. This case is no longer pending as the judgment was affirmed and the mandate issued on June 2,

We lack jurisdiction to issue mandamus or other writs against the City of Houston Police Department and issuance of the requested writs are not necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b). Accordingly, we dismiss the petition for lack of jurisdiction. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

---

2017. *See Smith v. State*, No. 01-15-01088-CR, 2017 WL 711738 (Tex. App.—Houston [1st Dist.] Feb. 23, 2017, pet. ref'd).